**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**STEEL DYNAMICS COLUMBUS, LLC**                                                                  **PLAINTIFF**

**V.**                                                                                          **NO. 1:14-CV-00124-DMB-DAS**

**ALTECH ENVIRONMENT USA CORP.**                                                               **DEFENDANT**

## FINAL JUDGMENT

This case was tried as a bench trial from June 20–23, 2016. Doc. #94. On March 31, 2017, this Court entered a memorandum opinion pursuant to Federal Rule of Civil Procedure 52. In accordance with the memorandum opinion, judgment in the amount of $83,320.27 is entered in favor of Steel Dynamics Columbus, LLC, on its claim for breach of contractual warranty. Steel's remaining claims are dismissed with prejudice. This action is fully and finally **DISMISSED**.

**SO ORDERED**, this 31st day of March, 2017.

/s/ **Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**